1004

[No. 13045-9-II.   Division Two.   September 4, 1990.]

RONALD B. BOGGAN, *Appellant,* v. THE CITY
OF TACOMA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 88-2-09104-3, Brian M. Tollefson, J., entered
July 7, 1989. *Affirmed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 12831-4-II.   Division Two.   September 5, 1990.]

NORRIS ORMSBY, ET AL, *Appellants,* v. WILLIAM
C. STACY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-2-06042-7, Nile E. Aubrey, J., entered
April 7, 1989. *Reversed* by unpublished opinion per
Zellmer, J. Pro Tem., concurred in by Petrich, A.C.J., and
Wieland, J. Pro Tem.

[No. 12173-5-II.   Division Two.   September 5, 1990.]

RAINIER EVERGREEN, INC., *Appellant,* v. METROPOLITAN
MORTGAGE & SECURITIES CO., INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87-2-01987-5, Robert H. Peterson, J., entered
July 8, 1988. *Affirmed* by unpublished opinion per Petrich,
J., concurred in by Alexander, C.J., and Worswick, J.